Amy Fettig (*pro hac vice* pending)[1]
Margaret Winter (*pro hac vice* pending)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005
Tel (202) 393-4930; fax (202) 393-4931
afettig@npp-aclu.org
mwinter@npp-aclu.org

Lee Rowland
ACLU OF NEVADA
NV Bar No. 10209
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org

Allen Lichtenstein
ACLU OF NEVADA
NV Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
Tel (702) 433-2666; fax (702) 433-9591
alichtensteinlaw@aol.com

Stephen F. Hanlon (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 955-3000; fax (202) 955-5564

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DAVID RIKER, ROGER LIBBY, RICKY SECHREST
TERRENCE BROTHERS, JEFFREY HOSMER, MARK
WHITTINGTON on their own behalf and on behalf of
those similarly situated,

    Plaintiffs,

v.

JAMES GIBBONS, Governor of Nevada; ROSS MILLER,
Secretary of State of Nevada; CATHERINE CORTEZ MASTO,
Attorney General of Nevada; HOWARD SKOLNIK, Director,

Docket No. _____

---

[1] Attorneys Winter, Fettig and Hanlon will comply with LR IA 10-2 within 45 days.

1

Nevada Department of Corrections; ROBERT BANNISTER, Medical Director, Nevada Department of Corrections; and E. K. MCDANIEL, Warden, Ely State Prison.

　　　　Defendants.

## **PLAINTIFFS' CERTIFICATE AS TO INTERESTED PARTIES**

　　Pursuant to Local Rule 7.1-1 the undersigned, counsel of record for Plaintiffs, certifies that the following have an interest in the outcome of this case:

　　There are no known interested parties other than those participating in this case.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Date: March _6_, 2008

BY: _/s/ Lee Rowland_
Lee Rowland
ACLU of Nevada
NV Bar No. 10209
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org