Amy Fettig (*pro hac vice* pending)
Margaret Winter (*pro hac vice* pending)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005
Tel. (202) 393-4930; fax (202) 393-4931
afettig@npp-aclu.org
mwinter@npp-aclu.org

Lee Rowland, NV Bar No. 10209
ACLU OF NEVADA
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org

Allen Lichtenstein, NV Bar No. 3992
General Counsel, ACLU OF NEVADA
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
Tel (702) 433-2666; fax (702) 433-9591
alichtensteinlaw@aol.com

Stephen F. Hanlon (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 955-3000; fax (202) 955-5564

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID RIKER, ROGER LIBBY, RICKY SECHREST TERRENCE BROTHERS, JEFFREY HOSMER, MARK WHITTINGTON on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v. | )<br>)<br>)<br>)<br>) Docket #: 3:08-CV-115-ECR-VPC<br>)<br>) **PLAINTIFFS' MOTION FOR**<br>) **CLASS CERTIFICATION**<br>)<br>) |

1

| | |
|---|---|
| 1 | JAMES GIBBONS, Governor of Nevada; ROSS MILLER, ) |
| 2 | Secretary of State of Nevada; CATHERINE CORTEZ ) |
|   | MASTO, Attorney General of Nevada; ) |
| 3 | HOWARD SKOLNIK, Director, Nevada Department ) |
|   | of Corrections; ROBERT BANNISTER, Medical Director, ) |
| 4 | Nevada Department of Corrections; and ) |
|   | E. K. MCDANIEL, Warden, Ely State Prison, ) |
| 5 | ) |
| 6 | Defendants. ) |
|   | _____) |

Plaintiffs David Riker, Roger Libby, Ricky Sechrest, Terrence Brothers, Jeffrey Hosmer, and Mark Whittington by and through their attorneys, hereby respectfully move the Court for an order certifying this proceeding as a class action pursuant to Rule 23(a) and 23(b)(2) of the Federal Rules of Civil Procedure. The proposed class, on whose behalf the representative Plaintiffs named in the Complaint bring constitutional claims, is defined as follows: "all prisoners who are now or in future will be in the custody of the Nevada Department of Corrections at Ely State Prison, Ely, Nevada."

Plaintiffs also request an order appointing the undersigned counsel to represent the certified class, pursuant to Rule 23(g) of the aforementioned rules.

In support of the motion, Plaintiffs submit the attached Memorandum of Points and Authorities.

Dated: March _11__, 2008

                                                     Respectfully submitted,

                                                _____/S/_____
                                                Lee Rowland
                                                ACLU of Nevada
                                                NV Bar No. 10209
                                                1280 Terminal Way, Suite 46
                                                Reno, NV 89502
                                                Tel (775) 786-1033; fax (775) 786-0805
                                                rowland@aclunv.org

Amy Fettig (*pro hac vice* pending) [1]
Margaret Winter (*pro hac vice* pending)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005
Tel. (202) 393-4930; fax (202) 393-4931
mwinter@npp-aclu.org
afettig@npp-aclu.org

Allen Lichtenstein
General Counsel, ACLU of Nevada
NV Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
Tel (702) 433-2666; fax (702) 433-9591
alichtensteinlaw@aol.com

Stephen F. Hanlon (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 955-3000; fax (202) 955-5564


*Counsel for Plaintiffs*

---

[1] Attorneys Fettig, Winter and Hanlon will comply with LR IA 10-2 within 45 days of the date the Complaint was filed in this action.

## Certificate of Service

Pursuant to Fed. Rule of Civ. Proc. 5(b), I hereby certify that on March 11, 2008, I electronically filed the following documents in the above-entitled action with the Clerk of the Court using the CM/ECF system:

**1. Plaintiffs' Motion for Class Certification**
**2. Plaintiffs' Memorandum of Law in Support of Motion for Class Certification**

I also hereby certify that on this 11th Day of March, 2008, I served, via mailing, first class postage prepaid, at Reno, NV, a copy of the **Plaintiffs' Motion for Class Certification and Memorandum of Law in Support of Motion for Class Certification**, to the following individuals:

Governor James Gibbons
c/o The Office of the Attorney General
100 North Carson Street
Carson City, Nevada 89701-4714

Ross Miller
Secretary of State
Main Office - Capitol Building
101 North Carson Street, Suite 3
Carson City, NV 89701-3714

Catherine Cortez Masto
Attorney General
100 North Carson Street
Carson City, Nevada 89701-4714

Howard Skolnik, Director
Nevada Department of Corrections
Central Administration, Stewart Facility
5500 Snyder Avenue, Bldg. 17
Carson City, Nevada 89701

Robert Bannister

| | |
|---|---|
| 1 | Medical Director |
| 2 | Nevada Department of Corrections |
| 3 | 5500 Snyder Avenue |
|   | Carson City, Nevada 89701 |
| 4 | |
| 5 | E.K. McDaniel |
| 6 | c/o Nevada Department of Corrections |
|   | Central Administration, Stewart Facility |
| 7 | 5500 Snyder Avenue, Bldg. 17 |
| 8 | Carson City, Nevada 89701 |

Respectfully Submitted,


_____/s/_____
Lee Rowland
ACLU of Nevada
NV Bar No. 10209
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org