Amy Fettig (*pro hac vice* pending)
Margaret Winter (*pro hac vice* pending)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005
Tel. (202) 393-4930; fax (202) 393-4931
afettig@npp-aclu.org
mwinter@npp-aclu.org

Lee Rowland, NV Bar No. 10209
ACLU OF NEVADA
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org

Allen Lichtenstein, NV Bar No. 3992
General Counsel, ACLU OF NEVADA
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
Tel (702) 433-2666; fax (702) 433-9591
alichtensteinlaw@aol.com

Stephen F. Hanlon (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 955-3000; fax (202) 955-5564

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DAVID RIKER, ROGER LIBBY, RICKY SECHREST         )
TERRENCE BROTHERS, JEFFREY HOSMER, MARK          )
WHITTINGTON on their own behalf and on behalf of )
those similarly situated,                        )
                                                 )  Docket #: 3:08-CV-115-ECR-VPC
            Plaintiffs,                           )
                                                 )  **CERTIFICATE OF SERVICE**

|   |   |   |
|---|---|---|
| | v. | ) |
| 1 | | ) |
| 2 | | ) |
| | JAMES GIBBONS, Governor of Nevada; ROSS MILLER, | ) |
| 3 | Secretary of State of Nevada; CATHERINE CORTEZ | ) |
| | MASTO, Attorney General of Nevada; | ) |
| 4 | HOWARD SKOLNIK, Director, Nevada Department | ) |
| 5 | of Corrections; ROBERT BANNISTER, Medical Director, | ) |
| | Nevada Department of Corrections; and | ) |
| 6 | E. K. MCDANIEL, Warden, Ely State Prison, | ) |
| 7 | | ) |
| | Defendants. | ) |
| 8 | _____ | ) |

I hereby certify that on March 12, 2008, I placed the following documents in the U.S.

Mail, postage prepaid, from Reno, NV:

**1.    Complaint**
**2.    Plaintiffs' Motion for Class Certification**
**3.    Plaintiffs' Memorandum of Law in Support of Motion for Class Certification**


Addressed to:


**Janet Traut (attorney of record for Nevada Department of Corrections)**
**Deputy Attorney General, Litigation Division**
**100 North Carson Street**
**Carson City, NV 89701**


Dated: March 12, 2008,


_____/S/_____
Lee Rowland
ACLU of Nevada
NV Bar No. 10209
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org