```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| DAVID ROBERT RIKER, et al., | ) | 3:08-CV-00115-ECR-VPC |
| | ) | |
|     Plaintiffs, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: MARCH 12, 2008 |
| | ) | |
| GOVERNOR JAMES GIBBONS, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

PRESENT:       EDWARD C. REED, JR.                           U. S. DISTRICT JUDGE

Deputy Clerk:      COLLEEN LARSEN          Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    This case is referred to the Chief Judge for reassignment to another Judge.

                                                              LANCE S. WILSON, CLERK

                                                              By          /s/
                                                                        Deputy Clerk