✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ NEVADA _____

David Riker, Roger Libby, Ricky Sechrest, et al.

**SUMMONS IN A CIVIL ACTION**

V.

James Gibbons, Ross Miller, et al.

CASE NUMBER:  3:08-cv-00115-BES-VPC

TO: (Name and address of Defendant)

> Catherine Cortez Masto
> Attorney General
> 100 North Carson Street
> Carson City, Nevada 89701-4717

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Lee Rowland
> ACLU of Nevada
> NV Bar No. 10209
> 1280 Terminal Way, Suite 46
> Reno, NV 89502
> Tel (775) 786-1033; fax (775) 786-0805

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Lance S. Wilson                                        March 7, 2008

Clerk                                                       Date

*Lance S Wilson*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE MARCH 11, 2008 | |
| NAME OF SERVER *(PRINT)* PAIGE THIE | TITLE OFFICE MANAGER | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: FREDERICK PERDOMO

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/11/08
                    Date

Signature of Server

1280 TERMINAL WAY, SUITE 46
RENO, NV 89502
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.