CATHERINE CORTEZ MASTO
Attorney General
JANET E. TRAUT
Senior Deputy Attorney General
Nevada Bar No. 8695
Bureau of Public Affairs
Public Safety Division
100 No. Carson St.
Carson City, NV 89701-4717
Tel: 775-684-1254

*Attorneys for Defendants James Gibbons,
Ross Miller, Catherine Cortez Masto,
Howard Skolnik, Robert Bannister,
and E.K. McDaniel*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID RIKER, et al, <br><br> Plaintiffs, <br><br> v. <br><br> JAMES GIBBONS, et al., <br><br> Defendants. | Case No. 3:08-CV-115-ECR-VPC <br><br> **STIPULATION TO ENLARGE TIME FOR RESPONSIVE PLEADING AND OPPOSITION TO MOTION FOR CLASS CERTIFICATION** |

Defendants, James Gibbons, Ross Miller, Catherine Cortez Masto, Howard Skolnik, Robert Bannister, and E.K. McDaniel, by and through their attorneys, Catherine Cortez Masto, Attorney General of the State of Nevada, and Janet E. Traut, Senior Deputy Attorney General, and Plaintiffs, David Riker, # 42471, Roger Libby, # 30842, Ricky Sechrest, # 18908, Terrence Brothers, # 43397, Jeffrey Hosmer, # 75254, and Mark Whittington, # 58523, by and through their attorneys, Lee B. Roland, Esq. and Allen Lichtenstein, Esq., hereby stipulate to, and move this court for, an order granting an enlargement of time for Defendants to file a responsive pleading to Plaintiffs' complaint until May 15, 2008. Likewise, the parties stipulate to enlarge time for the Defendants to respond to Plaintiffs' Motion for Class Certification until May 15, 2008.

Counsel for Defendants has recently received the complaint in this case and preliminary review is ongoing, including the preparation of a copy of the six Plaintiffs' medical

records. Currently, a responsive pleading is due to be filed with the court on March 31, 2008. The stipulated enlargement, therefore, encompasses 45 days in which to diligently review the allegations brought forward in the complaint and make an appropriate response.

Similarly, in reviewing the Plaintiffs' medical records and making comparisons between the claims, Defendants will be better able to assess whether the case should proceed as a class action, and will file their response to the court by March 31, 2008.

Plaintiffs, in return, requested that no named Plaintiff in this case be moved from Ely State Prison during the interim. Defendants agree that named Plaintiffs will not be moved from Ely State Prison, but for cause.

Dated this 27th day of March, 2008.

By: _____
Allen Lichtenstein, Esq.
ACLU of Nevada

Attorney for Plaintiffs

Dated this 24th day of March, 2008.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
JANET E. TRAUT
Senior Deputy Attorney General
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*