1  CATHERINE CORTEZ MASTO
   Attorney General
2  JANET E. TRAUT
   Senior Deputy Attorney General
3  Nevada Bar No. 8695
   Bureau of Public Affairs
4  Public Safety Division
   100 No. Carson St.
5  Carson City, NV 89701-4717
   Tel: 775-684-1254
6
   *Attorneys for Defendants James Gibbons,*
7  *Ross Miller, Catherine Cortez Masto,*
   *Howard Skolnik, Robert Bannister,*
8  *and E.K. McDaniel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID RIKER, et al, | Case No. 3:08-CV-115-ECR-VPC |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE** |
| JAMES GIBBONS, et al., | |
| Defendants. | |

Defendants, James Gibbons, Ross Miller, Catherine Cortez Masto, Howard Skolnik, Robert Bannister, and E.K. McDaniel, by and through their attorneys, Catherine Cortez Masto, Attorney General of the State of Nevada, and Janet E. Traut, Senior Deputy Attorney General, do hereby notify the Court and respective parties to this action that Senior Deputy Attorney General Janet E. Traut has assumed responsibility for representing the interests of the Defendants and the interests of the State of Nevada in the above-entitled action.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

1

dockets.Justia.com

It is hereby requested that all further pleadings be served on me and that any contact by the court personnel or Plaintiff be directed to my attention.

DATED this 1st day of April 2008.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
JANET E. TRAUT
Senior Deputy Attorney General
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

Office of the Attorney General
100 N. Carson St.
Carson City, NV
89701-4717

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 1st day of April 2008, I served a copy of the foregoing NOTICE OF APPEARANCE, to be served, by U.S. District Court CM/ECF Electronic Filing to:

Amy Fettig (*pro hac vice pending*)
Margaret Winter (*pro hac vice pending*)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005

Lee Rowland, NV Bar No. 10209
ACLU OF NEVADA
1280 Terminal Way, Suite 46
Reno, NV 89502

Allen Lichtenstein, NV Bar No. 3992
General Counsel, ACLU OF NEVADA
3315 Russell Road, No. 222
Las Vegas, Nevada 89120

Stephen F. Hanlon (*pro hac vice pending*)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

*Counsel for Plaintiffs*

/s/ Janet E. Traut

C:\Documents and Settings\agcoffma\My Documents\JANET TRAUT\Cases\Riker.115\Notice of Appearance.DOC