UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DAVID RIKER, et al., | ) |
|                Plaintiff, | ) 3:08-cv-00115-LRH-VPC |
| vs. | ) <u>MINUTE ORDER</u> |
| JAMES GIBBONS, et al., | ) April 1, 2008 |
|                Defendants. | ) |

PRESENT: THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: ROSEMARIE MILLER    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

MINUTE ORDER IN CHAMBERS:

     Before the court is the parties' Stipulation to Enlarge Time for Responsive Pleading and Opposition to Motion for Class Certification (#12[1]). Pursuant to the stipulation of the parties, Defendants shall have until May 15, 2008, to file responsive pleadings to Plaintiffs' complaint (#1) and Plaintiffs' Motion for Class Certification (#7). The parties have also stipulated that during the interim no named Plaintiff in this case will be moved from the Ely State Prison but for cause.

     IT IS SO ORDERED.

                               LANCE S. WILSON, CLERK

                               By:    /s/
                                     Deputy Clerk

---

[1] Refers to the court's docket number.