# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

David Riker, et al., )  Case # 3:08-CV-115-LRH-VPC
)
      Plaintiff, )
)  **VERIFIED PETITION FOR**
vs. )  **PERMISSION TO PRACTICE**
)  **IN THIS CASE ONLY BY**
)  **ATTORNEY NOT ADMITTED**
James Gibbons, et al., )  **TO THE BAR OF THIS COURT**
)  **AND DESIGNATION OF**
)  **LOCAL COUNSEL**
)
      Defendant(s). )  EFFECTIVE JUNE 1, 2004
)  FILING FEE IS $175.00

_____Margaret Winter_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Annapolis_____.
                                                                  (city)

__Anne Arundel__, __Maryland__.
  (county)                   (state)

2. That Petitioner is an attorney at law and a member of the law firm of

__National Prison Project of the American Civil Liberties Union Foundation__ with offices at

__915 15th Street, NW   7th Floor__,
                   (street address)

__Washington, DC__, __20005__, __(202) 548-6605__.
  (city)           (zip code)    (area code + telephone number)

__mwinter@npp-aclu.org__.
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by __David Riker, et al.__ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since __June 15, 1973__, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of __Washington, DC__
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| US Supreme Court | August 18, 1978 | |
| US Court of Appeals, DC Circuit | January 13, 1998 | |
| US Court of Appeals, 4th Circuit | October 3, 1995 | |
| US Court of Appeals, 5th Circuit | October 12, 1999 | |
| US Court of Appeals, 8th Circuit | February 20, 1986 | |
| US District Court, Washington, DC | July 6, 1976 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

I was admitted to the US Court of Appeals, Eleventh Circuit on September 10, 1993 and last appeared before that Court ten years ago. When the periodic renewal fee that the Eleventh Circuit charges to remain on its list came due, I opted to let the admission expire and allowed my admission to be stricken.

2

7.  Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No

8.  That Petitioner is a member of good standing in the following Bar Associations:

District of Columbia Bar Association
New York State Bar

9.  Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |

(If necessary, please attach a statement of additional applications)

10.  Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.  Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.  Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF District of Columbia )
                              )
COUNTY OF _____ )

_____Margaret Winter_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this ___12___ day of ___March___ , 2008

_____
Notary public or Clerk of Court

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Lee Rowland___, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

1280 Terminal Way, Suite 46
Reno, NV 89502
775/786-1033

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Lee Rowland_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____ /0209
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07,06

Amy Fettig (*pro hac vice* pending)
Margaret Winter (*pro hac vice* pending)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th Street, N.W., Seventh Floor
Washington, D.C. 20005
Tel. (202) 393-4930; fax (202) 393-4931
afettig@npp-aclu.org
mwinter@npp-aclu.org

Lee Rowland
ACLU of Nevada
NV Bar No. 10209
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org

Allen Lichtenstein
General Counsel, ACLU of Nevada
NV Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, Nevada 89120
Tel (702) 433-2666; fax (702) 433-9591
alichtensteinlaw@aol.com

Stephen F. Hanlon (*pro hac vice* pending)
HOLLAND & KNIGHT LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 955-3000; fax (202) 955-5564

*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

DAVID RIKER, ROGER LIBBY, TERRENCE BROTHERS, )
JEFFREY HOSMER, MARK WHITTINGTON )

| | |
|---|---|
| 1  on their own behalf and on behalf of those ) | |
| 2  similarly situated, ) | |
| 3  ) Docket #: 3:08-CV-115-LRH-VPC | |
|    Plaintiffs, ) | |
| 4  ) **CERTIFICATE OF SERVICE** | |
| 5  ) | |
|    v. ) | |
| 6  ) | |
| 7  ) | |
|    JAMES GIBBONS, Governor of Nevada; ROSS MILLER, ) | |
| 8  Secretary of State of Nevada; CATHERINE CORTEZ ) | |
| 9  MASTO, Attorney General of Nevada; ) | |
|    HOWARD SKOLNIK, Director, Nevada Department ) | |
| 10 of Corrections; ROBERT BANNISTER, Medical Director, ) | |
| 11 Nevada Department of Corrections; and ) | |
|    E. K. MCDANIEL, Warden, Ely State Prison, ) | |
| 12 ) | |
| 13   Defendants. ) | |
|    ) | |

Pursuant to Fed. Rule of Civ. Proc. 5(b), I hereby certify that on this 16th Day of April, 2008, I served a copy of the foregoing document, **Verified Petition for Permission to Practice in this Case (attorney Margaret Winter)**, by electronic submission to the parties on electronic file in this case as follows:

Janet Traut
Senior Deputy Attorney General
Bureau of Public Affairs
Public Safety Division
100 No. Carson Street
Carson City, NV 89701-4717

                                              Respectfully Submitted,

                                              _____
                                              Lee Rowland

ACLU of Nevada
NV Bar No. 10209
1280 Terminal Way, Suite 46
Reno, NV 89502
Tel (775) 786-1033; fax (775) 786-0805
rowland@aclunv.org