Margaret A. McLetchie, Bar No. 10931
Allen Lichtenstein, Bar No. 3992
Lee Rowland, Bar No. 10209
ACLU OF NEVADA
732 S. Sixth Street, Suite 200A
Las Vegas, NV 89101
(702) 366-1902
mcletchie@aclunv.org
alichensteinlaw@aol.com
rowland@aclunv.org

Amy Fettig (*pro hac vice*)
Margaret Winter (*pro hac vice*)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th St. N.W. 7th Fl.
Washington, D.C. 20005
Tel. (202) 393-4930
afettig@npp-aclu.org
mwinter@npp-aclu.org

Stephen F. Hanlon (*pro hac vice*)
HOLLAND & KNIGHT, LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel. (202) 955-3000
shanlon@hklaw.com

Attorneys for Plaintiffs and Putative Class

CATHERINE CORTEZ MASTO
Attorney General
JANET E. TRAUT
Senior Deputy Attorney General
Nevada Bar No. 8695
Bureau of Public Affairs
Public Safety Division
100 No. Carson St.
Carson City, NV  89701-4717
Tel: 775-684-1254

*Attorneys for Defendants James Gibbons,
Ross Miller, Catherine Cortez Masto,
Howard Skolnik, Robert Bannister,
and E.K. McDaniel*

UNITED STATES DISTRICT COURT

- 1 -

**MOTION FOR EXTENSION OF TIME FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER; ORDER**

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID RIKER, ROGER LIBBY, TERRENCE BROTHERS, JEFFREY HOSMER, MARK WHITTINGTON on their own behalf and on behalf of those similarly situated,<br><br>Plaintiffs,<br>v.<br><br>JAMES GIBBONS, Governor of Nevada; ROSS MILLER, Secretary of State of Nevada; CATHERINE CORTEZ MASTO, Attorney General of Nevada; HOWARD SKOLNIK, Director, Nevada Department of Corrections; ROBERT BANNISTER, Medical Director, Nevada Department of Corrections; and E.K. MCDANIEL, Warden, Ely State Prison,<br><br>Defendants. | CASE NO. 3:08-CV-115-LRH-VPC<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR LEAVE TO FILE PROPOSED SCHEDULING ORDER; ORDER** |

Plaintiffs DAVID RIKER, ROGER LIBBY, TERRENCE BROTHERS, JEFFREY HOSMER, MARK WHITTINGTON and Defendants JAMES GIBBONS, Governor of Nevada; ROSS MILLER, Secretary of State of Nevada; CATHERINE CORTEZ MASTO, Attorney General of Nevada; HOWARD SKOLNIK, Director, Nevada Department of Corrections; ROBERT BANNISTER, Medical Director, Nevada Department of Corrections; and E.K. MCDANIEL, Warden, Ely State Prison, hereby jointly request an extension of time to file the 26(f) report until thirty (30) days after the court's ruling on the class certification.

Plaintiffs filed their Motion to Certify Class, ("the Motion") on March 11, 2008, and Defendants filed their Response to said Motion on May 15, 2008. On May 29, 2008 Plaintiffs filed their Reply to Defendants' Response and have yet to receive an Order regarding the Motion. Given that the parties do not know whether a class will be certified, extending the deadline for the discovery conference and report until after the Court rules will help streamline

-2-

the discovery process, as the parties anticipate different scheduling proposals depending on whether the class is certified in this case.

The Proposed Scheduling Order for any prisoners' rights Section 1983 case is due under the Rules within 30 days after Defendants' first Answer (May 15, 2008, Docket #22), which in this case would have passed on June 14, 2008. Local Rule 16-1(b). The parties have not yet engaged in a meaningful scheduling discussion, due to the pending motion for class certification. Attorneys for both sides agree that setting a schedule in the case is premature without knowing whether the case will be a Class Action.

Local Rule 26-2 specifies that whenever a discovery plan is not required to be filed (such as in this case as a Section 1983 prisoners' rights case per Local Rule 16-1(b)), that discovery will by default conclude 180 days after an Answer is filed, which in this case would be November 15, 2008. However, the parties anticipate stipulating to a longer schedule, with the Court's approval, once they receive the Court's ruling on the class certification Motion. As such, the parties hereby request leave to file a Proposed Scheduling Order within 30 days of this Court's Order on the class certification Motion, which will include a discovery period beyond the default 180 days specified in Local Rule 26-2.

This is Plaintiff's first request to extend time and no previous extension has been requested to file a scheduling order in this case, and this Motion is not made for improper purpose or delay.

DATED this __24__ day of October, 2008.

LEE ROWLAND, ESQ                              CATHERINE CORTEZ MASTO
ACLU of Nevada

|   |   |
|---|---|
| _____/s/_____<br>Allen Lichtenstein, Bar No. 3992<br>Lee Rowland, Bar No. 10209<br>Margaret McLetchie, Bar No. 10931<br>**ACLU OF NEVADA**<br>732 S. Sixth Street, Suite 200A<br>Las Vegas, NV 89101<br>(702) 366-1902<br>mcletchie@aclunv.org<br>Attorneys for Plaintiffs | Attorney General<br><br>By: _____/s/_____<br>JANET E. TRAUT<br>Senior Deputy Attorney General<br>Bureau of Public Affairs<br>Public Safety Division<br><br>*Attorneys for Defendants* |

AMY FETTIG

_____/s/_____
Amy Fettig (*pro hac vice*)
Margaret Winter (*pro hac vice*)
THE NATIONAL PRISON PROJECT
OF THE ACLU FOUNDATION, INC.
915 15th St. N.W. 7th Fl.
Washington, D.C. 20005
afettig@npp-aclu.org
mwinter@npp-aclu.org

## **ORDER**

IT IS SO ORDERED.

DATED this 27th day of October, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE