UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DAVID RIKER, et al, | ) | Case No.  3:08-CV-115-LRH-VPC |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION AND ORDER TO ENLARGE TIME FOR RESPONSE TO SUPPLEMENTAL BRIEF FOR CLASS CERTIFICATION** |
| JAMES GIBBONS, et al., | ) | |
| Defendants. | ) | |

Defendants, James Gibbons, Ross Miller, Catherine Cortez Masto, Howard Skolnik, Robert Bannister, and E.K. McDaniel, by and through their attorneys, Catherine Cortez Masto, Attorney General of the State of Nevada, and Janet E. Traut, Senior Deputy Attorney General, and Plaintiffs, David Riker, # 42471, Roger Libby, # 30842, Ricky Sechrest, # 18908, Terrence Brothers, # 43397, Jeffrey Hosmer, # 87865, and Mark Whittington, # 58523, by and through their attorneys, Lee B. Roland, Esq. hereby stipulate to, and move this court for, an order granting an enlargement of time of two weeks for Defendants to file their response to the supplemental brief regarding class certification filed on February 11, 2009, # 32, as ordered on January 13, 2009.  # 31.  This request for enlargement accommodates both a request on the Defendants part for additional time, and an accommodation of the Plaintiff's time to review the filing.

/ / /

Currently, the supplemental response is due to be filed with the court on March 3, 2009.

Dated this 3rd day of March, 2009.

By:     /s/
Lee B. Roland, Esq.
ACLU of Nevada

*Attorney for Plaintiffs*

Dated this 3rd day of March, 2009.

CATHERINE CORTEZ MASTO
Attorney General

By: *[signature]*
JANET E. TRAUT
Senior Deputy Attorney General
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED this 4th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE