# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DAVID RIKER, et al,

    Plaintiffs,

v.

JAMES GIBBONS, et al.,

    Defendants.

Case No. 3:08-CV-115-LRH-VPC

**STIPULATION AND ORDER TO ENLARGE TIME FOR RESPONSE TO SUPPLEMENTAL BRIEF FOR CLASS CERTIFICATION**
(Second Request)

Defendants, James Gibbons, Ross Miller, Catherine Cortez Masto, Howard Skolnik, Robert Bannister, and E.K. McDaniel, by and through their attorneys, Catherine Cortez Masto, Attorney General of the State of Nevada, and Janet E. Traut, Senior Deputy Attorney General, and Plaintiffs, David Riker, # 42471, Roger Libby, # 30842, Ricky Sechrest, # 18908, Terrence Brothers, # 43397, Jeffrey Hosmer, # 87865, and Mark Whittington, # 58523, by and through their attorneys, Lee B. Roland, Esq. hereby stipulate to, and move this court for, an order granting an enlargement of time of three days for Defendants to file their response to the supplemental brief regarding class certification filed on February 11, 2009, # 32, as ordered on January 13, 2009. # 31. The response will be filed on March 20, 2009.

/ / /

Currently, the supplemental response is due to be filed with the court on March 17, 2009.

Dated this 17th day of March, 2009.

By: ___/s/_____
Lee B. Rowland, Esq.
ACLU of Nevada

Attorney for Plaintiffs

Dated this 17th day of March, 2009.

CATHERINE CORTEZ MASTO
Attorney General

By: _____
JANET E. TRAUT
Senior Deputy Attorney General
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED this 18th day of March, 2009.

NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE