UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAVID RIKER, et al., ) | |
| ) | |
| Plaintiffs, ) | 3:08-CV-00115-LRH-RAM |
| ) | |
| v. ) | |
| ) | ORDER |
| JAMES GIBBONS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Good cause appearing, Plaintiffs are hereby ordered to file any reply to Defendants' Supplemental Brief in Opposition to Class Certification on or before Friday, March 27, 2009.

IT IS SO ORDERED.

DATED this 24th day of March, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE