UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

DAVID RIKER et al.,

    Plaintiffs,

v.

JAMES GIBBONS et al.,

    Defendants.

3:08-CV-00115-LRH-VPC

Order Granting Joint Motion to:
**(1) Approve Form and Manner of Class Notice; (2) Set Date for Class Objections; (3) Set Date for Fairness Hearing; and (4) Set Date for Party Reports to Court**

ORDER

  The parties' Joint Motion to: (1) Approve Form and Manner of Class Notice; (2) Set Date for Class Objections; (3) Set Date for Fairness Hearing; and (4) Set Date for Party Reports to the Court is hereby GRANTED, and,

  IT IS THEREFORE ORDERED that the Notice attached to the Motion is Approved and shall be given as specified in Sections IX (B), (C) of the proposed Settlement Agreement; and

  IT IS FURTHER ORDERED, this case is set for a fairness hearing on October 25, 2010 at 10:00 A.M., in Courtroom 5 at the Bruce R. Thompson Federal Building and U.S. Courthouse in Reno, Nevada; and

  IT IS FURTHER ORDERED, class members must file objections to the proposed Settlement Agreement by mail to the Clerk of the Court, with copies to counsel for all parties, no later than Sept. 13, 2010; and

  IT IS FURTHER ORDERED, the date and location of the fairness hearing and the deadline for filing class objections shall be included in the Notice to the Class ORDERED by this Court; and

  IT IS FINALLY ORDERED that any response to class member objections prepared by

1

the parties in advance of the fairness hearing be filed no later than __October 15__, 2010.

**APPROVED:**

DATED this 28th day of July, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE