# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DAVID RIKER, *et al.*,   )
   )
    Plaintiffs,   )   3:08-cv-00115-LRH-VPC
   )
vs.   )
   )   **ORDER**
JAMES GIBBONS, *et al.*,   )
   )
    Defendants.   )
_____/

On July 28, 2010, the Court entered an order that: (1) approved the form and manner of class notice; (2) set a deadline for class objections; (3) set a deadline for responses to the objections; and (4) set a date for a fairness hearing regarding the settlement agreement. (Docket #146). The fairness hearing is set for October 25, 2010, however, the order omitted the time of the hearing.

**IT IS THEREFORE ORDERED** that the fairness hearing is set for **October 25, 2010**, at **10:00 am**, in **Courtroom 5**, at the Bruce R. Thompson Federal Building and U.S. Courthouse, in Reno, Nevada.

DATED this 2nd day of August, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE