To: whom it may concern

From: SAID ELMAJZOUB 1034685 INMATE E.S.P.

Re: OBJECTION(s) TO PROPOSED SETTLEMENT
RIKER v GIBBONS, 3:08-CV-00115-LRH-VPC

FILED ✓ ENTERED   RECEIVED   SERVED ON
NO COPY   COUNSEL/PARTIES OF RECORD
8-26-10
SEP -1 2010
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                   DEPUTY

1) MEDICATIONS:

a.) propose the addition of clause(s) that all warning labels associated with medications (ie take with food, drink plenty of water) be expressly communicated by STAFF to INMATE at the time of delivery, as not all warning labels are on, as should be, medication.

b.) propose the addition of clause(s) requiring STAFF inform INMATE at or before time of delivery of potentially harmful reaction from combining medications in the event the STAFF does not prevent such.

c.) propose a clause mandating STAFF to return to inmate confirmation of order for refills, so that an INMATE may promptly follow-up with MEDICAL should the refill not be received in a timely manner.

2) SICK CALL

a.) propose a clause allowing for an INMATE to obtain a second opinion in cases where inmate has recurring ailment and/or currently prescribed medication is ineffective. Second opinion should be from a member of the STAFF qualified licensed to give the same.

b.) propose a clause that in the event of a recurring ailment, regardless of time limit, a higher the previously assigned medical STAFF member, assess the INMATE. (e.g. an R.N should not be the diagnosing STAFF member if the A.P.N's diagnosis was/is inaccurate.)

c.) propose a clause making available to ALL INMATES MEDICAL KITES AT ALL TIMES. (e.g. It is unacceptable for any given unit to be out of kites for 6 or 7 days with no way for inmate to contact medical.)

d.) ALL MEDICAL KITES SHOULD BE ANSWERED AND RETURNED. NOT DISCARDED TO COVER STAFF ERROR.

(3) INTRA-SYSTEM TRANSFERS AND ASSESSMENTS

a.) propose a clause allowing for transfer of an inmate to a better equiped facility in the event 12 months have passed since initial complaint, and current treatment is inadequate.

b.) propose a clause mandating immediate care outside E.S.P for inmates with ailments not treatable at E.S.P (e.g. MRI, CAT SCANS.)

(4) FEES AND COSTS

a) sect D; IN THE event of BREACH BY DEFENDANTS STATE/ THEY SHOULD INCUR ALL LEGAL COSTS ACCRUED BY PLAINTIFFS AND be assessed a monetary FINE TO ENSURE FUTURE COMPLIANCE.

(5) DENTAL; provisions need to be added to include it;

COPIES of the DOCUMENTS enclosed have been sent to

① Clerk of Court
Attn: RIKER v. GIBBONS, 3:08-cv-00115-LRH-VPC
BRUCE R. THOMPSON FEDERAL BUILDING AND U.S. COURTHOUSE
U.S. DISTRICT COURT
DISTRICT OF NEVADA - RENO
400 S. Virginia Street
RENO, NV 89501

② Michon Martin, Deputy A.G.
NEVADA ATTORNEY GENERAL
ATTN: RIKER v. GIBBONS, 3:08-cv-00115-LRH-VPC
100 NORTH CARSON STREET
CARSON CITY, NV 89701-4717

③ AMY FETTIG
STAFF COUNSEL
ATTN: RIKER v. GIBBONS, 3:08-cv-00115-LRH-VPC
ACLU National Prison Project
915 15th St. NW, 7th FLOOR
WASHINGTON, DC 20005

S. Elmo Jack (1034685)
P.O. Box 1989
Ely, NV 89301

The Sons Five
Legal Mail
CONFIDENTIAL

Clerk of Court
Atten. Riker v. Gibbons
3:08-cv-00115-LRH-VPC
Thompson Federal Building
U.S District Court /Nevada/Reno
400 S. Virginia Street
Reno, NV 89501

