# United States District Court Nevada.

FILED ✓ / ENTERED ___   RECEIVED ___ / SERVED ON ___
COUNSEL/PARTIES OF RECORD
SEP -7 2010
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

David Riker, et al,
     Plaintiffs.

v.

James Gibbons, et al,
     Defendants.

#3:08-CV-115-LRH(VPC).

## Exclusion Notice.
(File With Objection.)

I, the undersigned prisoner, Mr. David Owens Hooper; #31893, imprisoned within the Ely state prison since 1990 relitive the aforetitled class action case, hereby notifies the court and respective counsel's of his exclusion from the class as bar to effects of any settlement resulting the foregoing actions dismissal with prejudice, for purposes of protecting encumbant criminal charges and collaterally applying tort causes as filed within the ongoing illegally dismissed without prejudice #3:08-CV-644-LRH(RAM), further made as follows.

## Points And Authorities.

The aforenoted seperate cause of action criminal complaint charges racketeering enterprise provenant first degree kidnapping, false imprisonment, etc., ongoing since 14 April 1990.

Contextually, contract fraud represented Notice of Proposed Settlement Agreement relitive the settlement agreement's current

Pg. 1 Ex

defendants liabilities evasion caveats, retroactively thence enacts to broadly foreclose upon any and all antecedent and or pendant or interlocutory ancillary causes applying any and all potential or ongoing actions of prisoners currently held by the defendant state of Nevada within the Ely state prison — systematically thus manifest - its caveats and the counsel of Plaintiffs in the event of agreement theretofore — absent any representation to those specific causes, that Knowingly by proxy exists by respective adversarial interests res - ispa loquitor: Devoid any public disclosure type accessible factual - stipulations in evidence from whence to lawfully base and apply - any dismissal of the class action and such causes with prejudice — whatsoever — contrary to law. See E.g. Prospectus and or Stockholder - Fraud — as that a collaterally applying racketeering enterprise - provenant quid pro quo, as that a de facto defendants liabilities - evasion protection racket operation enterprise and, that of its unitary contrary to law maintenence theretofore.

This Exclusion Notice are somewhat more specific than my - Objection To Proposed Settlement Agreement as executed and - forwarded to all the parties on 08 August 2010, for fileing, as - subscribed the Notice of Proposed Settlement Agreement itself. Notice are that, specifically, to protect the multi million dollar causes - action of/applying #3:08-CV-644-LRH (RAM) in toto. Thus barring any comprimise of the action as would otherwise apply malpractice. representations — without representation per se, involved the present settlement agreement in its compounding totality.

As an imputed conspiracy and, act in its furtherancy per se, - to an evident ongoing racketeering enterprise operation of the - defendants and Plaintiff counsel. Quite the cute little scheme.

p. 2 [ ]

### Conclusion.

In contrast, its hereby entered the fore – for its fileing in conjunction with the 08 August 2010 Objection To Proposed Settlement Agreement for Interlocutory reasons as hereinof iterated. Made 01 September, 2010.

Mr. David Cooper.; #31893, Movant.

### Mailing Certificate.

Undersigned avers mailing the foregoing Exclusionary Notice this 02 September 2010, to:

...

| Amy Fettig. | ; CLK: | ; Michon Martin. |
| A.C.L.U. Nat. Prison Project. | U.S. Dist. Ct., Nv. | Dpty. State A.G. |
| 915 15th St., NW, 7th Floor. | 400 S. Virginia St. | 100 N. Carson St. |
| Washington D.C. | Reno, Nevada. | Carson City, Nevada. |
| 20005. | 89501. | 89701-4717. |
| W/# 1463972. | W/# 1463973. | W/# 1463974. |

...

Mr. David Cooper.; #31893, Affiant.