AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

DAVID RIKER, *et al.*,

        Plaintiffs,

   V.

JAMES GIBBONS, *et al.*,

        Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:08-CV-00115-LRH-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the proposed settlement agreement (Docket #144-1) is **APPROVED as fair, reasonable, and adequate**, pursuant to Fed. R. Civ. P. 23(e).

    **IT IS FURTHER ORDERED** that the negotiated attorneys' fees and costs in the lump sum amount of $325,000.00 are **APPROVED**. Plaintiffs' motion for attorneys' fees and costs is **GRANTED,** pursuant to Fed. R. Civ. P. 23(h), Fed. R. Civ. P. 54(d)(2), and Local Rule 54-16.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE.**

    **IT IS FURTHER ORDERED** that **the class is defined as all prisoners who are now, or in the future will be, in the custody of the Nevada Department of Corrections at Ely State Prison in Ely, Nevada.**

   October 28, 2010

                         **LANCE S. WILSON**
                                Clerk

                         /s/ D. R. Morgan
                           Deputy Clerk